UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| VERSUS | * | |
| BRIAN WALLIS (01)<br>JAMES LEE WALLIS, JR.  (02)<br>TONY L. JOHNSON (03) | * | MAGISTRATE JUDGE HAYES |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. § 245(b)(2)(A)]

On or about November 6, 2007, in Beekman, Louisiana, within the Western District of Louisiana, defendants **BRIAN WALLIS**, **JAMES LEE WALLIS, JR.,** and **TONY L. JOHNSON**, while aiding and abetting each other, did, by threat of force, willfully intimidate and interfere with African-American public school students because of the students' race and color and because they were attending public school at Beekman Junior High School, by hanging a dead raccoon in a noose from a flagpole in front of the school all in violation of Title 18, United States Code, Sections 245(b)(2)(A) and 2.

| | | |
|---|---|---|
| STEPHANIE A. FINLEY<br>United States Attorney<br>Western District of Louisina | THOMAS E. PEREZ<br>Assistant Attorney General<br>U.S. Department of Justice<br>Civil Rights Division | THOMAS E. PEREZ<br>Assistant Attorney General<br>U.S. Department of Justice<br>Civil Rights Division |
| By: /s/ Mary J. Mudrick<br>Mary J. Mudrick, La #01992<br>Assistant United States Attorney<br>300 Fannin Street, Suite 3201<br>Shreveport, Louisiana 71101<br>(318) 676-3600 | By: /s/ Mark Blumberg<br>Mark Blumberg,<br>Trial Attorney<br>Civil Rights Division<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530 | By: /s/Christine Siscaretti<br>Christine Siscaretti, NY #4327748<br>Trial Attorney<br>Civil Rights Division<br>950 Pennsylvania Ave.,NW<br>Washington, DC  20530 |