LAWP Prob. 12A
(Rev 3/31/09)

PACTS# 14531

# United States District Court
## for the
## Western District of Louisiana

### Report on Offender Under Supervision

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/21/12

**Name of Offender:** Brian Robert Wallis         **Case Number:** 3:11CR00202

**Name of Sentencing Judicial Officer:** Honorable Karen Hayes

**Date of Original Sentence:** 02/07/2012

**Original Offense:** Criminal Interference with Federally Protected Activites

**Original Sentence:** 5M Prison  12M TSR

**Type of Supervision:** TSR         **Date Supervision Commenced:** 08/30/2012

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| Special Condition #3. The defendant shall abstain from alcohol during the term of supervision. | On August 31, 2012, the Breathalyzer was utilized with a result of .015% BAC. |

U.S. Probation Action:

Wallis was released from prison on August 30, 2012. He admitted to having consumed alcohol the night before but advised he was unaware of the alcohol restriction. I informed Wallis that his ignorance of the special condition was no excuse and that future violations would result in sanctions or possible revocation. I will continue to monitor for drug and alcohol use and am requesting no action at this time. If Your Honor desires other action please advise.

LAW F Prob. 12A
(Rev 03/31/09)

*Page 2 of 2*

Report on Offender Under Supervision

Name of Offender: Brian Robert Wallis

Approved:

*Lisa L. Johnson*

Lisa L Johnson
Supervising U.S. Probation Officer

Respectfully submitted:

*Casey Paul Stevens*

Casey Paul Stevens
U.S. Probation Officer

September 21, 2012

- ☐ Submit a Request for Modifying the Conditions or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☐ Approved
- ☐ Disapproved
- ☒ Other  NO ACTION

*Robert G. James*

Signature of Judicial Officer

9-24-12

Date